1

In the Matter of VALANTENA, Incorporated, Bankrupt; William M. Sullivan, Trustee in Bankruptcy, etc., Appellant.

(Circuit Court of Appeals, Second Circuit. February 7, 1927.)

No. 253.

Appeal from the District Court of the United States for the Southern District of New York.

Appeal from order in bankruptcy entered in the District Court for the Southern District of New York.

Edward E. Hoenig, of New York City, for appellant.

Joseph B. Cotton, Samuel Brenner, and Roy F. Wrigley, all of New York City, for appellee.

Before HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. Order affirmed, with costs.

2

F. B. VAN EATON et al., Plaintiffs in Error, v. UNITED STATES, Defendant in Error.

(Circuit Court of Appeals, Eighth Circuit. May 6, 1926.)

No. 6827.

In Error to the District Court of the United States for the Western District of Oklahoma.

Homer N. Boardman, of Oklahoma City, Okl., for plaintiffs in error.

Roy St. Lewis, U. S. Atty., of Oklahoma City, Okl.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of defendant in error, for want of prosecution.

3

Frank VAN HEUSDER, Plaintiff in Error, v. UNITED STATES, Defendant in Error.

(Circuit Court of Appeals, Eighth Circuit. June 7, 1926.)

No. 7252.

In Error to the District Court of the United States for the Eastern District of Missouri.

Verne Lacy, of St. Louis, Mo., for plaintiff in error.

Louis H. Breuer, U. S. Atty., of Rolla, Mo.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of defendant in error.

4

George WALDIE, Libelant Appellee, v. HENRY STEERS, Inc., Respondent Appellant.

(Circuit Court of Appeals, Second Circuit. February 15, 1927.)

No. 183.

Appeal from the District Court of the United States for the Eastern District of New York.

Macklin, Brown & Van Wyck, of New York City (Horace L. Cheyney, of New York City, of counsel), for appellant.

William F. Purdy, of New York City, for appellee.

Before HOUGH, MANTON, and SWAN, Circuit Judges.

PER CURIAM. Decree (14 F.[2d] 477) affirmed in open court.

5

Ellis WALSH, Plaintiff in Error, v. UNITED STATES, Defendant in Error.

(Circuit Court of Appeals, Eighth Circuit. December 20, 1926.)

No. 7455.

In Error to the District Court of the United States for the District of Minnesota.

Walter F. Dacey, of Duluth, Minn., for plaintiff in error.

Lafayette French, Jr., U. S. Atty., and William Anderson, Asst. U. S. Atty., both of St. Paul, Minn.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, per stipulation of parties.